Opinion issued March 1, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00880-CV

———————————

JAMILA
OLUFEMI PAGE, Appellant

V.

PHILLIP SCOTT LARMOND, Appellee



 



 

On Appeal from the 300th District Court 

Brazoria County, Texas



Trial Court Cause No. 64661

 



MEMORANDUM OPINION

Appellant has filed a “letter to inform [the Court]
of [her] decision to rescind [her] notice of appeal . . ..”  We interpret appellant’s letter as a motion
to dismiss the appeal.  No opinion has
issued.  Accordingly, we grant the motion
and dismiss the appeal.  See Tex.
R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Higley and Brown.